IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-216-D

| | |
|---|---|
| DARRYL D. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BOYD MANAGEMENT, INC. and CAHEC | ) |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Darryl D. Thompson ("Plaintiff") and Defendants Boyd Management, Inc. and CAHEC Management, Inc. (collectively "Defendants"), by and through their respective undersigned counsel, hereby notify the Court that the parties have settled this case. The parties are in the process of drafting and executing a confidential settlement agreement and release of all claims based on the terms for resolution of this matter reached by the parties. The parties expect that a Stipulation of Dismissal with Prejudice will be filed with the Court within the next 30 days. Accordingly, the parties jointly request that any deadlines in this matter for responsive pleadings or otherwise be stayed pending the filing of a Stipulation of Dismissal with Prejudice.

Respectfully submitted this 11th day of July, 2022.

| | |
|---|---|
| **TART LAW GROUP, P.A.**<br>*Counsel for Plaintiff*<br><br>/s/ Lee Tart Malone<br>Tart Law Group, P.A.<br>N.C. State Bar No. 34083<br>700 West Broad St.<br>Dunne, NC 28334<br>Tel: 910.892.5388<br>Fax: 910.892.1337<br>lee@tartlaw.com | **OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.**<br>*Counsel for Defendants*<br><br>/s/Michael D, McKnight<br>Michael D. McKnight<br>N.C. Bar No. 36932<br>Savannah M. Singletary<br>N.C. Bar. No. 58082<br>8529 Six Forks Rd. Forum IV, Suite 600<br>Raleigh, NC 27615<br>Tel: 919.787.9700<br>Fax: 919.783.9412<br>michael.mcknight@ogletree.com<br>savannah.singletary@ogletree.com |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that the undersigned has this date served the foregoing **Joint Notice of Settlement** by filing a copy with the CM/ECF system which will provide notice of the foregoing to counsel for the Plaintiff in accordance with the Federal Rules of Civil Procedure:

> Lee Tart Malone
> Tart Law Group, P.A.
> 700 West Broad Street
> Dunn, NC 28334

This 11th day of July, 2022.

> OGLETREE, DEAKINS, NASH
>     SMOAK & STEWART, P.C.
>
> /s/ Michael D. McKnight
> Michael D. McKnight, N.C. Bar No. 36932
> Savannah M. Singletary, N.C. Bar No. 58082
> 8529 Six Forks Rd.
> Forum IV, Suite 600
> Raleigh, NC 27615
> Telephone: 919.787.9700
> Facsimile: 919.783.9412
> michael.mcknight@ogletree.com
> savannah.singletary@ogletree.com
>
> *Attorneys for Defendant*

3

52175854.v1-OGLETREE